**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

No. 02-6868

———

WILLIE OUTLER,

Petitioner - Appellant,

versus

STEVEN J. GAL, Warden, Federal Correctional
Institution Estill,

Respondent - Appellee.

———

Appeal from the United States District Court for the District of
South Carolina, at Florence. Patrick Michael Duffy, District Judge.
(CA-01-4222-4-23)

———

Submitted:  October 24, 2002        Decided:  October 30, 2002

———

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Willie Outler, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Willie Outler appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no error.  We therefore affirm for the reasons stated by the district court.  <u>See Outler v. Gal</u>, No. CA-01-4222-4-23 (D.S.C. filed May 9, 2002; entered May 13, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>